**Opinion issued February 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00940-CV

———————————

## ROBERTO ROJAS, Appellant

## V.

## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellee

On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1143116

## MEMORANDUM OPINION

On January 2, 2023, appellant filed a motion to dismiss the appeal because he no longer wishes to pursue the appeal. The motion did not contain a certificate of conference and therefore, the Court held the motion for a response. On January 10,

2023, the appellee filed a response asserting that it did not oppose the motion.  No opinion has issued.

Accordingly, we grant appellant's motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Farris.